**W. L. Elder, Appellee, v. The Pittsburgh, Cincinnati, Chicago & St. Louis Railway Company, Appellant.**

**Gen No. 19,285.    (Not to be reported in full.)**

Appeal from the Municipal Court of Chicago; the Hon. JOHN J. ROONEY, Judge, presiding. Heard in this court at the March term, 1913. Reversed with finding of fact. Opinion filed May 4, 1914.

### Statement of the Case.

Action by W. L. Elder against The Pittsburgh, Cincinnati, Chicago & St. Louis Railway Company to recover damages to an automobile owned by plaintiff and struck by an engine belonging to defendant at a street crossing. From a judgment in favor of plaintiff for four hundred and sixty-five dollars, defendant appeals.

LOESCH, SCOFIELD & LOESCH, for apppellant.

No appearance for appellee.

MR. JUSTICE MCSURELY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV and Cumulative Quarterl*. same topic and section number.

## Abstract of the Decision.

1. RAILROADS, § 738*—*when judgment for damages to automobile cannot be sustained.* In an action against a railroad company for damages to plaintiff's automobile by being struck by an engine at a street crossing, the evidence showed that servants of plaintiff attempted to drive the automobile over the crossing on a dark night without looking to see if a train was approaching and that there was nothing to prevent them from seeing the approaching locomotive with its headlight burning had they looked. *Held* that a judgment for plaintiff could not be sustained for the reason that plaintiff, through his agents, was guilty of contributory negligence.

2. RAILROADS, § 668*—*when driver of automobile approaching railroad crossing guilty of contributory negligence.* A person driving an automobile on a dark night upon a railroad track, where it is known that trains are frequently passing, without the slightest concern whether or not a train is approaching is guilty of contributory negligence barring a recovery.